# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6945 MRW | Date | November 5, 2020 |
|---|---|---|---|
| Title | Pro-Com Products, Inc. v. Botkin and Hall, LLP | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED CIVIL ACTION

    Plaintiff filed this civil action on July 31, 2020. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve process in this action within 90 days of commencement of the action, or by October 29, 2020. On August 25, 2020, the Court issued an order regarding service. In Plaintiff's statement to the Court, an amended complaint and a proof of service will be filed. (Docket # 10)]. However, according to the Court's review of the docket, <u>no</u> amended complaint or proof of service has been filed in the action yet, and no defendant has appeared in the action to date.

    Plaintiff is ORDERED to show cause why the action should not be returned to the civil wheel for reassignment to a District Judge with a recommendation that it be dismissed for failure to prosecute. Plaintiff's response to this OSC will be due by November 19, 2020.