# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-6945 MRW | Date | April 12, 2021 |
|---|---|---|---|
| Title | Pro-Com Products v. Botkin and Hall | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice voluntarily dismissing this case without prejudice. (Docket # 30.) This action is dismissed without prejudice.